FILED
2011 Jan-03 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BETTY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | _____ |
| ) | |
| CACH, LLC; EQUIFAX ) | |
| INFORMATION SERVICES LLC; and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian") hereby files its Notice of Removal of the above-captioned action to this Court and states as follows:

1.   Experian, Equifax Information Services LLC ("Equifax"), and CACH, LLC ("CACH") are named Defendants in Civil Action No. CV-2010-904193 filed in the Circuit Court of Jefferson County, Alabama (the "State Court Action"). All Defendants have joined in and given their consent to this removal. True and correct copies of their Joinders and Consents to Removal are attached hereto as Exhibit A

ATI-2454241v1

2. The original Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Jefferson County, Alabama, on November 23, 2010. Defendant Experian was served with the Complaint on December 2, 2010. Defendant Equifax was served with the Complaint on December 2, 2010. Defendant CACH was served with the Complaint on December 2, 2010.[1]

3. This Notice is being filed with this Court within thirty (30) days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. True and correct copies of "all process, pleadings, and orders" filed to date in the State Court Action are attached hereto as Exhibit B. No other process, pleadings, or orders have been served upon Defendants to date in this case.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

---

[1] Plaintiff subsequently filed an Amended Complaint and a Second Amended Complaint, which are attached as part of the State Court file as Exhibit B.

ATI-2454241v1

6.     Equifax is a limited liability company which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Equifax uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.     CACH is a limited liability company which regularly furnishes information to one or more consumer reporting agencies about its transactions or experience with consumers, and therefore is a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

8.     The claims of relief against all defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u, and claims of relief alleged against Defendant CACH arise under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1681p, and 15 U.S.C. § 1692k. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9.     Plaintiff also purports to assert claims for defamation; invasion of privacy; negligent, reckless, wanton, malicious and/or intentional conduct; and negligence in hiring, supervising, and/or training. Complaint ¶¶ 65-85. This Court has supplemental jurisdiction over Plaintiff's state law claims. Those claims, like Plaintiff's federal question claims, arise from the same set of operative facts relating to the alleged wrongful conduct. *See id.* Accordingly, each of those claims is related to Plaintiff's federal question claims, and form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

10.    Promptly after the filing of this Notice of Removal, Defendants shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action and to the Clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated: December 30, 2010          Respectfully submitted,

_L. JACKSON YOUNG, JR    by RAA_
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com
Telephone: (205) 380-6984
Facsimile: (205) 380-6986

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 day of December, 2010, I caused the foregoing to be served via U.S. Mail with appropriate postage attached thereto to counsel of record.

*L. Jackson Young, JR. by RLL*

L. Jackson Young, Jr.

## SERVICE LIST

Wesley L. Phillips (PHI053)
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213-0488
wlp@wphillipslaw.com
Telephone: (205) 383-3585
Facsimile: (800) 536-0385

*Attorney for Plaintiff*

ATI-2454241v1