## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA



EXHIBIT A

| | |
|---|---|
| BETTY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | _____ |
| ) | |
| CACH, LLC; EQUIFAX ) | |
| INFORMATION SERVICES LLC; and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### JOINDER AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Equifax Information Services LLC, hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama, to this Court.

ATI-2454335v1

Dated: December 29, 2010.

/s/ K. Ann Broussard
K. Ann Broussard (ASB-2854-S75B)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
ABroussard@kslaw.com
Telephone: (404) 215-5725
Facsimile: (404) 572-5172

*Attorneys for Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BETTY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | _____ |
| ) | |
| CACH, LLC; EQUIFAX ) | |
| INFORMATION SERVICES LLC; and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CACH, LLC'S
## JOINDER AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant CACH, LLC hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama, to this Court.

Dated: December 30th, 2010.

Michael H. Gregory (**ASB-6289-E53M**)
Ferguson, Frost & Dodson LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
mhg@ffdlaw.com
Telephone: (205) 879-8722
Facsimile: (205) 879-8831

*Attorneys for CACH, LLC*