FILED
2011 Apr-04 PM 07:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETTY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 10-CV-03642 |
| ) | |
| CACH, LLC; EQUIFAX INFORMATION ) | |
| SERVICES LLC; and EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC.; ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff in the above styled action and requests this Honorable Court to dismiss her claims against Defendant Experian Information Solutions, Inc. in the above-styled action with prejudice, each party to bear their own costs. Plaintiff and Defendant Experian Information Solutions, Inc. have come to a resolution in this matter satisfactory to both parties and neither party wishes to continue the litigation of this matter. Plaintiff reserves her claims as to all other parties not previously dismissed from the instant action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Honorable Court to dismiss all her claims against Defendant Experian Information Solutions,

Inc. with prejudice with each party to bear their own costs.

Respectfully submitted this 4th day of   April  , 2011.

        s/Wesley L. Phillips
        Wesley L. Phillips
        Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213-0488
Telephone: (205) 383-3585
Facsimile:  (800) 536-0385
Email: wlp@wphillipslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, electronic mail, or electronic mail through the ECM/CF system this  4th  day of  April  , 2011.

         s/Wesley L. Phillips
        OF COUNSEL