FILED
2011 Apr-05  PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BETTY DAVIS,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:10-CV-3642-HGD |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) | |
| | ) | |
| Defendant | ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss Defendant Experian Information Solutions, Inc. (Doc. 10).  It is **ORDERED** that plaintiff's motion is due to be and hereby is **GRANTED**.  This action hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** this the 5th day of April, 2011.



**VIRGINIA EMERSON HOPKINS**
United States District Judge